Dismissed and Memorandum Opinion filed August 27,
2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00174-CV

____________

 

IN THE INTEREST OF N.W.B. AND
E.T.B.

 



 

On Appeal from the
245th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-65549

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 30, 2009. 
On August 14, 2009, appellant filed a motion to dismiss the appeal.  See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Justices
Anderson, Guzman, and Boyce.